# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

TOM M. FRANKS,

           Plaintiff,

   v.

JOHNSON, *et al.*,

           Defendants.

Case No.  1:20-cv-000551-BAM (PC)

ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS

**FORTY-FIVE (45) DAY DEADLINE**

Plaintiff Tom M. Franks ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   __April 20, 2020__                    ___/s/ *Barbara A. McAuliffe*___

                                     UNITED STATES MAGISTRATE JUDGE